IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID V. TEMPLE d/b/a
SOUTHERN STATE CONSTRUCTION                                                    PLAINTIFF

v.                                       CASE NO. 1:10-cv-01059

BANCINSURE, INC.                                                               DEFENDANT

## JUDGMENT

Plaintiff David Temple d/b/a Southern State Construction filed a Complaint against Defendant Bancinsure, Inc., alleging negligence, breach of contract, and promissory estoppel after Bancinsure issued a bid bond on Temple's behalf for a bridge project for the Louisiana Department of Transportation. Temple claims that Bancinsure failed to satisfy or advise Temple of certain requirements for sureties issuing bonds on the project. As a result, Temple was not awarded the contract for the bridge project. This matter is now before the Court on Bancinsure's Motion for Summary Judgment. (ECF No. 21). Temple has filed a Response. (ECF No. 22). Bancinsure has replied. (ECF No. 26). The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Bancinsure's Motion for Summary Judgment (ECF No. 21) against Plaintiff should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, on this 25th day of September, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge